UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>Rebecca Garza-Alcoser,<br><br>    Defendant. | Case No.: ED08-434-M<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Western District of Texas_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _prior criminal history, prior substance abuse history, extended length of time as a fugitive_

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3143(a))

1  insufficient bail resources.

2

3  and/ or

4  B. ( )  The defendant has not met his/her burden of establishing by clear and
5        convincing evidence that he/she is not likely to pose a danger to the
6        safety of any other person or the community if released under 18 U.S.C. §
7        3142(b) or (c). This finding is based on the following:

8  _____

9  _____

10 _____

11 _____

12

13 IT THEREFORE IS ORDERED that the defendant be detained pending the further
14 revocation proceedings.

15

16 Dated: 11/19/08                    [signature]
                                      HONORABLE OSWALD PARADA
17                                    United States Magistrate Judge